IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILBER ALISANDRO FUENTES MORENO, § § § | | |
| Petitioner, § § | | |
| v. § | 1:26-CV-229-RP | |
| § | | |
| PAMELA JO BONDI, *in her official capacity as Attorney General of the United States*, et al., § § § § | | |
| Respondents. § | | |

## ORDER

On February 11, 2026, the Federal Respondents in this case—Pamela Jo Bondi, U.S. Attorney General; Kristi Lynn Noem, Secretary of the U.S. Department of Homeland Security; and Sylvester Ortega, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement—filed an Advisory to the Court. (Dkt. 5). The Federal Respondents filed the advisory to notify the Court of Petitioner Wilber Alisandro Fuentes Moreno's ("Petitioner") release from U.S. Immigration and Customs Enforcement ("ICE") custody, which "moots this habeas challenge to the legality of his detention." (*Id.* at 1). The Federal Respondents state that ICE released Petitioner from custody on February 10, 2026. (*Id.*). To date, Petitioner has not responded to the notice.

Accordingly, **IT IS ORDERED** that Petitioner's habeas petition, (Dkt. 1), is **MOOT**.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on February 25, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE